**No. 43033.**—Protest 747866–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bronze lanterns, vases, jardinieres, and incense burners. The claim at 40 percent under paragraph 339 was sustained on the authority of Abstracts 30364, 32020, 31630, 30407, 31586, and 30863.